448 F.2d 784
 Sonnie Wellington HEREFORD, IV, et al.,
Plaintiffs-Appellants, United States of America,
Plaintiff-Intervenor,
v.
HUNTSVILLE BOARD OF EDUCATION et al., Defendants-Appellees.
 No. 71-2641.
 United States Court of Appeals,
Fifth Circuit.
 Oct. 8, 1971.
 
 Peter A. Hall, Birmingham, Ala., Jack Greenberg, Drew S. Days, III, James M. Nabrit, III, Norman J. Chachkin, New York City, for plaintiffs-appellants.
 Joe L. Payne, Ford, Caldwell, Ford & Payne, Dieter J. Schrader, Macon Weaver, Jack Giles, Jeff D. Smith, M. U. Griffin, II, Huntsville, Ala., for defendants-appellees.
 Wayman G. Sherrer, U. S. Atty., Birmingham, Ala., Theodore J. Garrish, Civil Rights Div., U. S. Dept. of J., Washington, D. C., The Office of Education, Dept. of H. E. & W., Atlanta, Ga., A. Lattimore Gaston, Asst. U. S. Atty., David L. Norman, Asst. Atty. Gen., Brian K. Landsberg, Thomas M. Keeling, Attys., Department of Justice, Washington, D. C., for other interested parties.
 Before BELL, AINSWORTH, and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 We find no error in the judgment of the district court which forms the subject matter of this appeal. It follows that the judgment should be and it is affirmed.